UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLLIE SMITH,

        Plaintiff,                      Case no. 08-10896
                                             HON. JOHN CORBETT O'MEARA

v.

TCHORZYNSKI,
Corrections officer,
        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

        The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed August 14, 2008, as well as any objections thereto filed by the parties, and being fully advised in the premises;

        IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

        IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment, filed May 08, 2008, is GRANTED.

                                                               s/John Corbett O'Meara
                                                              United States District Judge

Date: September 26, 2008

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on September 26, 2008, by electronic and/or U.S. mail.

s/William Barkholz

Case Manager